Bismarck Hotel Company, appellant, v. John G. Wittbold, appellee. Gen. No. 40,580.

Opinion filed June 21, 1939.

Castle, Williams & McCarthy, Emmett J. McCarthy and Robert R. Hanley, for appellant. Robert D. Melick, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Loraine Marcott, appellee, v. L'Union Saint-Jean Baptiste D'Amerique, appellant. Gen. No. 40,615.

Opinion filed June 21, 1939.

Cummings & Wyman, for appellant; Edmund S. Cummings, Cecil R. Smith and Elmer C. Grage, of counsel. Jacob G. Grossberg and Frank C. Leviton, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

3333 Washington Boulevard Building Corporation et al., appellants, v. R. C. Fitchie and Clara B. Rudolph, appellees. Gen. No. 40,702.

Opinion filed June 21, 1939.

Henry H. Koven, for appellants; Henry H. Koven and David Bog- lub, of counsel. Ward, Curtis & Polin and Leon N. Miller, for ap- pellees; Al Martin Curtis and Leon N. Miller, of counsel.

Mr. Justice Hebel delivered the opinion of the court.